1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9               **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   THOEUN VEN,                          No. CIV S-03-2416-WBS-CMK

12            Plaintiff,

13       vs.                              ORDER

14   JO ANNE B. BARNHART,
     Commissioner of Social Security,

15
              Defendant.
16
     _____/
17

18            Plaintiff, who is proceeding with retained counsel, brings this action for judicial

19   review of a final decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g).

20            On January 20, 2006, the magistrate judge filed findings and recommendations

21   herein which were served on plaintiff and which contained notice to plaintiff that any objections

22   to the findings and recommendations were to be filed within ten days.  Plaintiff has not filed

23   objections to the findings and recommendations.

24            The court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the magistrate judge's analysis.

26   / / /

1    Accordingly, IT IS HEREBY ORDERED that:

2         1.    The findings and recommendations filed January 20, 2006, are adopted in

3    full;

4         2.    Plaintiff's motion for summary judgment is denied;

5         3.    Defendant's cross-motion for summary judgment is granted; and

6         4.    The Clerk of the Court is directed to enter judgment in favor of defendant

7    and close this file.

8    DATED:  February 27, 2006

9

10

                                    WILLIAM B. SHUBB
11                                  UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2